# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION ACTING AS RECEIVER FOR LA JOLLA BANK, FSB,<br><br>Plaintiff,<br><br>v.<br><br>CG 80, LLC, a Delaware limited liability company; MICHAEL MYERS, an individual,,<br><br>Defendants. | Case No. 11cv2165 BTM(BGS)<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE REAL PARTY IN INTEREST** |

Plaintiff Federal Deposit Insurance Corporation ("FDIC"), as Receiver for La Jolla Bank, FSB, has filed a motion to substitute ADC Venture 2011-2, LLC ("ADC"), real party in interest, in the place and stead of FDIC. For the reasons discussed below, Plaintiff's motion is **GRANTED**.

On September 16, 2011, FDIC commenced this action. As receiver for La Jolla Bank, FSB ("LJB"), FDIC sued Defendants for breach of contract, open book account, and account stated. The claims arise out of a loan in the principal amount of $5,460,000.00 issued by LJB to Casa Grande 80. According to the Complaint, Defendant CG 80 assumed the loan and agreed to fully perform all obligations of Casa Grande 80 under the Note, Trust Deed, and other documents related to the loan. (Compl. ¶10.) Defendant Michael Myers executed a

1  commercial guaranty in favor of LJB, whereby Myers absolutely and unconditionally
2  guaranteed full and punctual payment and satisfaction of any and all amounts owed to LJB
3  pursuant to the loan, regardless of whether or not LJB first exhausted remedies against CG
4  80 or any collateral pledged to secure the loan. (Compl. ¶ 11.)

5  FDIC moves to substitute ADC as the Plaintiff in this action because on December 20,
6  2011, FDIC entered into a loan sale agreement with ADC, pursuant to which FDIC
7  transferred to ADC all right, title and interest in and to the loans that are the subject of this
8  action.  Thus, ADC is now the real party in interest.

9  Under Fed. R. Civ. P. 25(c), if an interest is transferred, the court may, on motion,
10 order the transferee to be substituted in the action or joined with the original party.  Because
11 all right, title, and interest in and to the loans that are the subject of this lawsuit were
12 transferred to ADC, it is appropriate to substitute ADC as the Plaintiff.  See FDIC v. Saint
13 Andrews Forum Golf Shop, Ltd., 2011 WL 3204338 (D. Nev. July 27, 2011) (substituting a
14 limited liability company as plaintiff for causes of action related to loans sold to the limited
15 liability company by the FDIC, acting as receiver).

16 Accordingly, FDIC's motion is **GRANTED**.  ADC Venture 2011-2, LLC is substituted
17 in as Plaintiff in this action.  The docket shall reflect that counsel of record for ADC Venture
18 2011-2, LLC is:

19 MICHAEL R. FARRELL (BAR NO. 173831)
   JULIE W. RUSS (BAR NO. 198246)
20 ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
21 515 South Figueroa Street, Ninth Floor
   Los Angeles, California 90071-3309
22 Phone: (213) 622-5555
   Fax: (213) 620-8816
23 E-Mail: mfarrell@allenmatkins.com
           jruss@allenmatkins.com
24

25 **IT IS SO ORDERED.**

26 DATED:  April 24, 2012

27
                                    _____
28                                  BARRY TED MOSKOWITZ, Chief Judge
                                    United States District Court